**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1834**

In re:  DAVID MCDOWELL ROBINSON,


Petitioner.


On Petition for Writ of Mandamus.
(1:07-cr-00087-RDB-1)

Submitted:  October 11, 2012          Decided:  October 15, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

David McDowell Robinson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David McDowell Robinson petitions this court for a writ of mandamus, alleging the district court has unduly delayed acting on a motion for reconsideration filed in the district court. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court disposed of this motion by an order entered on July 10, 2012. Accordingly, because the district court has decided Robinson's case, we deny the mandamus petition as moot. We grant Robinson leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED